# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EZELL WASH, ET AL,**                                                                  **PLAINTIFFS**

**V.**                                        **NO. 4:00CV315-P-D**

**ROBERT JOHNSON, ET AL,**                                               **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

The undersigned on January 26, 2005, adopted and approved the Report and Recommendation (R&R) filed by Magistrate Judge Jerry Davis on November 9, 2005, after considering the objections to the R&R filed by plaintiff Garry Moore on November 19, 2004. Before the court is a motion by Moore (docket entry 205) for reconsideration of the order adopting and approving the R&R. The court has considered the objections provided by plaintiff, the prior pleadings, as well as the applicable law, and concludes that the January 26, 2005, order was correct in law and fact and that plaintiff has failed to produce a legal basis to alter the court's ruling. Therefore, the motion for reconsideration is **denied**.

**SO ORDERED** this 20th day of July, 2005.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE