**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**EZELL WASH,** **PLAINTIFF**

**V.** **NO. 4:00CV315-P-D**

**ROBERT JOHNSON, ET AL,** **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

Garry Lee Moore was dismissed as a plaintiff in this multi-plaintiff *pro se* § 1983 conditions of confinement case because he had previously been barred under the "three-strikes" rule. He has moved for reconsideration of his dismissal as a party. The court has reviewed his motion and the prior pleadings and is unconvinced that Moore's dismissal was incorrect in law or fact. Accordingly, it is **Ordered** that Moore's motion for reconsideration (docket entry 205) is **denied**.

**SO ORDERED**, this the 16th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE